UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
Case No.: 9:20-cv-80954-DMM

SL MONROE, SR., and other similarly situated individuals,

        Plaintiff(s),

v.

DELPHI BEHAVIORAL HEALTH GROUP, LLC d/b/a The Palm Beach Institute, PALM BEACH RECOVERY, LLC; and DOMINIC SIRIANNI,

        Defendants.

## STATEMENT OF CLAIM

Plaintiff, SL MONROE, SR. ("Plaintiff"), by and through undersigned counsel, and pursuant to this Court's Order dated July 31, 2020 [D.E. No. 19], hereby files this Statement of Claim.

1. **Amount of unpaid wages:** the initial estimated amount of unpaid wages in this case is $6,763.37.[1]

2. **Calculation of unpaid wages:** Plaintiff seeks to recover unpaid overtime wages accumulated from approximately July 20, 2018, through April 1, 2020. In total, Plaintiff worked approximately 88.7 compensable weeks counting 3 years back from the filing of the instant action. Plaintiff worked approximately 50 hours per week, without being compensated all of the overtime worked. Plaintiff's good faith estimate of unpaid wages is as follows:

---

[1] Plaintiff is also seeking to recover damages for his retaliatory discharge in violation of 29 U.S.C. § 215(a)(3).

| Time Period | Calculation | Unpaid Wages |
|---|---|---|
| July 20, 2018 – April 1, 2020 | $15.25 (hourly pay) x .5 (overtime rate) x 10 (approximate number of overtime hours) x 88.7 (compensable weeks) | $6,763.37 |

3. **Nature of wages:** Plaintiff was not paid at the lawful overtime rate.

4. **Total Amount of Damages Sought:** $6,763.37, plus an equal amount in liquidated damages, reasonable attorney's fees, and court costs. Accordingly, Plaintiff's total amount of damages to date is approximately **$13,526.74**, plus reasonable attorneys' fees, and costs of suit.[2]

Dated: August 5, 2020.    Respectfully submitted,

**Aron Smukler**
Aron Smukler, Esq. (FBN: 0297779)
E-mail: asmukler@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff SL MONROE, SR.*

---

[2] Plaintiff is also seeking to recover damages for his retaliatory discharge in violation of 29 U.S.C. § 215(a)(3).