**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH  DIVISION**

**CASE NO. 9:20-cv-80954-DMM**

SL MONROE, SR, and other similarly
situated individuals,

     *Plaintiff,*

v.

DELPHI BEHAVIORAL HEALTH GROUP, LLC,
d/b/a The Palm Beach Institute, PALM BEACH
RECOVERY, LLC, and DOMINIC SIRIANNI,

     *Defendants.*

_____/

**DEFENDANTS' NOTICE OF FILING DEPOSITION DESIGNATIONS**

Pursuant to the Court's Pretrial Scheduling Order and Order Referring Case to Mediation

entered on July 31, 2020 [ECF No. 18], Defendants, Delphi Behavioral Health Group, LLC

("Delphi"), Palm Beach Recovery, LLC ("Palm Beach"), and Dominic Sirianni ("Sirianni")

(collectively, "Defendants"), hereby gives notice of filing their deposition designation for use at

trial:

1.  Jessica Vayda Deposition, dated October 22, 2020

| Defendants' Designations | Plaintiff's Designations / Objection(s) | Response to Plaintiff's Designations / Objection(s) | Court Ruling |
|---|---|---|---|
| 4:8-16 | | | |
| 13:24-25; 14:1-5 | | | |
| 14: 25; 15:1-7 | | | |
| 17:8-18 | | | |
| 21:11-21 | | | |
| 31:6-25; 32:1-10 | | | |

| | | | |
|---|---|---|---|
| 33:8-9,11 | | | |
| 34:5-7 | | | |
| 34:25;<br>35:1-15 | | | |
| 36:24-25;<br>37:1-5 | | | |
| 40:19-25;<br>41:1-3 | | | |
| 43:9-13 | | | |
| 43:21-23 | | | |
| 44:23-25;<br>45:1-8 | | | |
| 46:7-15 | | | |
| 51:19-25;<br>52:1-10 | | | |
| 55:18-21 | | | |
| 56:16-20 | | | |
| 57:15-17 | | | |
| 60:24-25;<br>61:1-8 | | | |
| 62:2-21 | | | |
| 63:13-16 | | | |
| 64:7-15 | | | |
| 67:2-17 | | | |
| 74:3-10 | | | |
| 74:15-25 | | | |
| 74:15-25;<br>75:1-25;<br>76:1-25;<br>77:1-15 | | | |
| 84:1-8 | | | |
| 84:23-25;<br>85:1-12,14-15, 17-25;<br>86:1-14 | | | |
| 87:17-25<br>88:1-7 | | | |
| 90:7-19 | | | |
| 91:19-25;<br>92:1-4 | | | |
| 93:18-25;<br>94:1 | | | |
| 94:6-25;<br>95:1-2 | | | |
| 95:7-14 | | | |
| 96:5-9 | | | |

| | | | |
|---|---|---|---|
| 97:3-6 | | | |
| 97:17-19 | | | |
| 99:11-25; 100:1-2 | | | |
| 102:3-17 | | | |
| 102:24-25; 103:1-20 | | | |
| 104:8-25; 105:1 | | | |
| 108:2-12 | | | |
| 108:19-23; 109:4-13 | | | |
| 109:15-25; 110:1 | | | |
| 110:20-25 111:1-4 | | | |
| 113:22-25; 114:1-4 | | | |
| 114:11-18 | | | |
| 115:13-25; 116:1-25; 117:1-25; 118:1 | | | |
| 118:21-25; 119:1-8 | | | |
| 120: 11-14 | | | |
| 121: 7-10 | | | |
| 122:11-25; 123:1-9 | | | |
| 125:13-16 | | | |
| 125:23-24 | | | |
| 126:9-13 | | | |
| 127:14-25 128:1-6 | | | |
| 128:24-25; 129:1-5 | | | |
| 129:13-16 | | | |
| 130:4-6 | | | |

2.   Andrew Parker Deposition, dated October 22, 2020

| Defendants' Designations | Plaintiff's Designations / Objection(s) | Response to Plaintiff's Designations / Objection(s) | Court Ruling |
|---|---|---|---|
| 4:8-14 | | | |
| 4:21-25; 5:1-4 | | | |
| 12:14-25; 13:1-25; 14-1-6 | | | |
| 14:9-23 | | | |
| 15:2-5 | | | |
| 16:16-25; 17:1-2 | | | |
| 17:5-8 | | | |
| 19:7-10 | | | |
| 20:11-13 | | | |
| 23:19-21 | | | |
| 24:24-25; 25:1 | | | |
| 27:12-20 | | | |
| 31:11-23 | | | |
| 34:3-7 | | | |
| 34:16-25; | | | |
| 41:13-25; 42:1-13 | | | |
| 42:25; 43:1-25; 44:1-22 | | | |
| 48:23-25; 49:1-12; | | | |
| 49:20-25; 50:1-10 | | | |
| 52:16-25; 53:1-25; 54:1-2 | | | |
| 54:6-16; 54:22-25; 55:1-16; 55:22-25; 56:1-17 | | | |
| 57:12-25; 58:1-2; 58:7-10 | | | |
| 58:23-25 | | | |

| | | | |
|---|---|---|---|
| 59:7-25;<br>60:1-17 | | | |
| 61:10-25;<br>62:1-16 | | | |
| 65:1-25;<br>66:1-6;<br>66:19-25;<br>67:1-3 | | | |
| 71:23-25;<br>72:1-25;<br>73:1-15 | | | |
| 74:4-18;<br>74:22-25;<br>75:1-4 | | | |
| 75:16-25;<br>76:1-12 | | | |
| 90:1-7;<br>90:11-13;<br>90:16-17 | | | |
| 91:14-24 | | | |
| 92:13-25;<br>93:1-9 | | | |
| 94:19-25;<br>95:1-4 | | | |
| 95:21-25;<br>95:1-12 | | | |
| 97:8-24 | | | |
| 99:1-4 | | | |
| 99:22-25;<br>100:1-2 | | | |

Respectfully submitted,

WOLFE | PINCAVAGE
*Counsel for Defendants*
2937 SW 27th Avenue
Suite 302
Miami, Florida 33133
Telephone: 786-409-0800

/s/ Omar Ali-Shamaa
Danya J. Pincavage
Fla. Bar No.: 14616
Danya@wolfepincavage.com
Omar Ali-Shamaa
Fla. Bar No.: 121461
Omar@wolfepincavage.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this December 21, 2020  the foregoing was served *via* the

CM/ECF system on:

Tanesha W. Blye
Tblye@saenzanderson.com
R. Martin Saenz
Msaenz@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 NE 30$^{30h}$ Ave, Ste. 800
Aventura, Florida 33180
Telephone: 305.503.5131
*Counsel for Plaintiff*

By: /s/ Omar Ali-Shamaa
Omar Ali-Shamaa